# UNITED STATES DISTRICT COURT

for the

Southern District of Texas

_______ Division

Case No. ____________________
*(to be filled in by the Clerk's Office)*

Brian Frankenfield
*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-v-

Galveston County, et All
*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)*

United States Courts
Southern District of Texas
FILED
MAR 29 2023
Nathan Ochsner, Clerk of Court

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
## (Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

I. The Parties to This Complaint

A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Brian C Frankenfield

All other names by which you have been known: N/A

ID Number: 364259

Current Institution: Galveston County Jail

Address: 5700 Ave H

Galveston (City) TX (State) 77551 (Zip Code)

B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title *(if known)* and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

Name: Galveston County Jail

Job or Title *(if known)*:

Shield Number:

Employer:

Address: 5700 Ave H

Galveston (City) TX (State) 77551 (Zip Code)

☐ Individual capacity ☑ Official capacity

Defendant No. 2

Name: and All others unknown

Job or Title *(if known)*:

Shield Number:

Employer:

Address:

(City) (State) (Zip Code)

☑ Individual capacity ☑ Official capacity

Defendant No. 3

Name ______
Job or Title *(if known)* ______
Shield Number ______
Employer ______
Address ______

*City* *State* *Zip Code*

☐ Individual capacity ☐ Official capacity

Defendant No. 4

Name ______
Job or Title *(if known)* ______
Shield Number ______
Employer ______
Address ______

*City* *State* *Zip Code*

☐ Individual capacity ☐ Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*:

☐ Federal officials (a *Bivens* claim)

☑ State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

Cruel & unusual punishment

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

# INMATE GRIEVANCE

DATE: 3/21

INMATE: ______________________ Booking#: ______________________

TANK/POD: ______________________

Print or write legibly. Include all dates, times and names of persons involved when necessary. DO NOT have inmates sign their names as witnesses. Simply print or write the inmate's name at the bottom of the grievance. This stops inmates from being pressured into signing the grievance. List the names of the DEPUTY and/or SUPERVISOR that you have to solve this problem with:

DEPUTY: ______________________ SUPERVISOR: ______________________

plain and simple Galveston is Allowing it Computer Administrator to allow people to Call in and Harass people in The system.

I'm Not Crazy and Hearing Voices They are using some type of Low-Frequency technology to "read my mind" I know this sounds crazy but Its real.

This is also a violation of my Attorney Client privilege; I have No privacy! They Harass me, Antagonize me, Assult me with some kind of micro-wave That gives me Headaches, Nasea, This is crazy.

please I'm Not Crazy

Pro Se

Inmate Signature

Put this completed form in an envelope addressed to the Grievance Board the same day or the next normal workday. Do not use this form as an inmate request. Refer to the Inmate Handbook for the proper procedure. Unless the Grievance is of an emergency nature, the Grievance Board has fifteen (15) days in order to make a written reply.

Brian Frankenfield
364259
Galveston Jail
5700 Ave H
Galveston, TX, 77551

NORTH HOUSTON TX 773
21 MAR 2023 PM 3 L

United States Courts
Southern District of Texas
FILED

MAR 29 2023

Nathan Ochsner, Clerk of Court



Clerk
US District Court
P.O.B 61010
Houston, TX
77208

77208